UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

THOEURN CHAN and
MOMHOURN CHAN,

    Plaintiffs,

V.                                                  Cv. No. 15-2483-SHM

NATIONWIDE MUTUAL INSURANCE
COMPANY, d/b/a HARLEYSVILLE,

    Defendant.

---

### ORDER OF DISMISSAL

---

    The parties have submitted a Stipulation indicating that this matter may be dismissed with prejudice. This case is therefore dismissed in its entirety with prejudice.

    SO ORDERED this 17th day of July, 2017.

                                          *s/ Samuel H. Mays, Jr.*
                                          SAMUEL H. MAYS, JR.
                                          UNITED STATES DISTRICT JUDGE