UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

THOEURN CHAN and
MOMHOURN CHAN,

    Plaintiffs,

V.                                    Cv. No. 15-2483-SHM

NATIONWIDE MUTUAL INSURANCE
COMPANY, d/b/a HARLEYSVILLE,

    Defendant.

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice, in accordance with the Order of Dismissal docketed July 17, 2017.

**APPROVED:**


*s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


| *July 17, 2017* | THOMAS M. GOULD |
|---|---|
| DATE | CLERK |
| | *s/ Zandra Frazier* |
| | (By) DEPUTY CLERK |